IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JANE DOE,**

        **Plaintiff**

**v.**

**OHIO UNIVERSITY, et al..,**

        **Defendants.**

<u>**NOTICE**</u>
**Case No. 2:21-cv-858**
**Judge Edmund A. Sargus, Jr**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court        **GoToMeeting**
        Joseph P. Kinneary U.S. Courthouse
        85 Marconi Boulevard        **July 10, 2023 at 10:00 a.m.**
        Columbus, Ohio 43215

TYPE OF PROCEEDING: **Settlement Conference**

                      **EDMUND A. SARGUS, JR.**
                      **UNITED STATES DISTRICT JUDGE**

DATE:  July 9, 2023

                        /s /   Christin M. Werner
                      (By) Christin M. Werner, Deputy Clerk